IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| ANTONIO D. FRAZIER,           )<br>                              )<br>     Plaintiff,              )<br>                              )      CIVIL ACTION NO.<br>     v.                       )       2:13cv67-MHT<br>                              )           (WO)<br>OFFICER CHAVIS, et al.,       )<br>                              )<br>     Defendants.              ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit, charging defendants with the use of excessive force.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of May, 2013.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE